IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| ROBERT LEE PENA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) |
| Defendant. | ) Civil Action No. 5:14-CV-016-C |

## ORDER

Plaintiff appealed an adverse decision of Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, pursuant to 42 U.S.C. §§ 405(g). The United States Magistrate Judge entered a Report and Recommendation that the Court reverse the decision of the Commissioner and find in favor of the Plaintiff in accordance with 42 U.S.C. § 405(g). Neither party filed objections.

It is, therefore, **ORDERED** that (1) the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court, (2) the Acting Commissioner's decision is **REVERSED**, (3) judgment is **RENDERED** in favor of the Plaintiff, and (4) Plaintiff's case is hereby **REMANDED** for an award of benefits.

Dated this 20th day of February, 2015.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE